**No. P67/432.**—Famous Jobbing Co., Inc., et al. *v.* United States, protests 63/19678, etc. (Los Angeles).

BECKWORTH, J. The merchandise covered by the foregoing protests consists of synthetic rubber articles. In accordance with stipula-

tion of counsel that the issue herein is the specific issue in *United States* v. *Weather-Rite Sportswear, Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.